**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **WILLIE LEE HUMPHREY; LINDA HUMPHREY; and JERRY HURLEY**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RYAN LOBMILLER; and WESTERN EXPRESS, INC.;**<br><br>**Defendants.** | **CIVIL ACTION FILE NO. 7:24-cv-85 (WLS)**<br><br>***Jury Trial Demanded*** |

**WAIVER OF SERVICE AND JOINT STIPULATION**

**COME NOW,** Defendants **RYAN LOBMILLER and WESTERN EXPRESS, INC.** (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel of record, hereby waive service of the Summons and Complaint in the above-referenced matter. No other defenses except the validity of service of process have been waived. The parties hereby stipulate that Defendants shall have until October 18, 2024, to file an answer and appropriate defenses to Plaintiff's Complaint.

Respectfully submitted this 19th day of September, 2024.

*/s/ Kelli Byers-Hooper*
Kelli Byers-Hooper
Georgia State Bar No.: 106130
Rob Loar
Georgia Bar No.: 602484

*/s/ Sandro Stojanovic*
Scott H. Moulton
Georgia Bar No.: 974237
Sandro Stojanovic
Georgia Bar No.: 473114
Gabriel A. Logreira
Georgia Bar No.: 881117

SO ORDERED this 23rd day of September, 2024.

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court

WLG Atlanta, LLC
Kelli.byers-hooper@witheritelaw.com
Rob.loar@witheritelaw.com
T: (470) 881-8804
F: (470) 881-8821
*Counsel for Plaintiff*

Quintairos, Prieto, Boyer & Wood
365 Northridge Rd, Suite 230
Atlanta, Georgia 30350
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
gabriel.logreira@qpwblaw.com
T: (770) 650-8737
F: (770) 650-8797
*Counsel for Defendants*