# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **WILLIE LEE HUMPHREY,** *et al.*, | : |
| **Plaintiffs,** | : |
| v. | :    CASE NO: 7:24-cv-85 (WLS) |
| **RYAN LOBMILLER,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

Before the Court are three motions filed October 16, 2024, by Plaintiffs to quash or modify Defendants' subpoenas issued to the medical providers of Linda Humphrey (Doc. 12), Willie Lee Humphrey (Doc. 13), and Jerry Hurley (Doc. 14) (together the "Motions to Quash"). Federal Rule of Civil Procedure 26(b)(1) grants the district court broad authority to control the scope of discovery. Further, under Rule 26(d)(1), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except . . . when authorized by these rules, by stipulation, or by court order." An initial discovery/scheduling conference has not been held in this matter, and no discovery order has been entered. According to the Rules and this Court's practices, prior to the initial discovery conference, the Parties may conduct such discovery as they agree to between themselves. However, the Court will not entertain disagreements as to discovery outside of, or prior to, the time the initial discovery conference is held.

Accordingly, it is hereby **ORDERED**, that:

1. Pending a discovery conference and entry of a discovery/scheduling order, discovery is stayed except to the extent, if any, that the Parties might mutually agree without the necessity of discovery enforcement by the Court. Accordingly, Defendants' subpoenas sought to be quashed by Plaintiffs are **STAYED WITHOUT PREJUDICE**, and Plaintiffs' Motions to Quash (Docs. 12, 13, 14) are **DENIED AS MOOT, WITHOUT PREJUDICE**.

2.     By separate order, the Court will schedule the initial, in-person, discovery conference in this matter.

**SO ORDERED**, this 23rd day of October 2024.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**