IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE LEE HUMPHREY; LINDA HUMPHREY; and JERRY HURLEY<br><br>Plaintiffs,<br><br>v.<br><br>RYAN LOBMILLER; and WESTERN EXPRESS, INC.;<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>7:24-cv-85-WLS |

## STIPULATION OF DISMISSAL

COME NOW, the parties in the above-styled civil action, and hereby stipulate and agree to dismissal of the above-styled case **WITH PREJUDICE**. The parties shall bear their own costs.

Respectfully submitted this 17th day of March, 2026.


**WLG Atlanta, LLC**

/s/ Scott Kuperberg
SCOTT KUPERBERG
Georgia Bar No.: 430441
*Counsel for Plaintiffs*

**Quintairos, Prieto, Wood & Boyer, P.A.**

/s/ Sandro Stojanovic
SCOTT H. MOULTON
Georgia Bar No. 974237
SANDRO STOJANOVIC
Georgia Bar No. 473114
*Counsel for Defendants*

1

Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, GA 30308
T: (470) 881-8804
F: (470) 881-8821
Scott.kuperberg@witheritelaw.com

365 Northridge Road
Suite 230
Atlanta, GA 30350
T: (770) 650-8737
F: (770) 650-8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com

SO ORDERED this _18th_ day
of _March, 2026_ .

W. Louis Sands, Sr. Judge
United States District Court

2