IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIE LEE HUMPHREY, et al.,                    *

               Plaintiffs,                    *

v.                                                                Case No. 7:24-cv-85 (WLS)

                                     *

RYAN LOBMILLER, et al.,

                                     *

               Defendants.

                                     *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of March, 2026.

                                   David W. Bunt, Clerk

                                   s/ Katie Logsdon, Deputy Clerk